# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

ZACH HILLESHEIM,

    *Plaintiff*,

v.

CLR DEVELOPMENT LLC,

    *Defendant*.

Case No. 8:18-cv-00121-JFB-CRZ

**ORDER FOR DISMISSAL WITH PREJUDICE**

The parties to this case have filed a stipulation of dismissal.

Accordingly, based upon the foregoing and all the files and records herein, **IT IS ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: June 6, 2018

_____
JOSEPH F. BATAILLON
United States District Judge